**No. 11-6438. Joaquin Cardona Sandoval, Petitioner v. Roddie Rushing, Warden.**

565 U.S. 1064, 132 S. Ct. 764, 181 L. Ed. 2d 492, 2011 U.S. LEXIS 8600.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6440. Eric L. Cox, Petitioner v. The Florida Bar.**

565 U.S. 1064, 132 S. Ct. 764, 181 L. Ed. 2d 492, 2011 U.S. LEXIS 8569.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 61 So. 3d 1113.

**No. 11-6441. Lee Scott Clemons, Petitioner v. Carol E. Monroe, Assistant Warden, et al.**

565 U.S. 1064, 132 S. Ct. 764, 181 L. Ed. 2d 492, 2011 U.S. LEXIS 8498, ■

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 362.

**No. 11-6443. Albert Corkern, Petitioner v. Burl Cain, Warden.**

565 U.S. 1064, 132 S. Ct. 764, 181 L. Ed. 2d 492, 2011 U.S. LEXIS 8597.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6444. Noel Dean, Petitioner v. Burl Cain, Warden, et al.**

565 U.S. 1064, 132 S. Ct. 764, 181 L. Ed. 2d 492, 2011 U.S. LEXIS 8499.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 432 Fed. Appx. 370.

**No. 11-6445. Frederick D. Dendy, Petitioner v. Jessie Streeter, Warden.**

565 U.S. 1064, 132 S. Ct. 765, 181 L. Ed. 2d 492, 2011 U.S. LEXIS 8656.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6447. Scott L. Ellison, Petitioner v. Anthony Padula, Warden.**

565 U.S. 1064, 132 S. Ct. 765, 181 L. Ed. 2d 492, 2011 U.S. LEXIS 8495.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 418 Fed. Appx. 182.

**No. 11-6448. Charles M. Cassell, III, Petitioner v. Dr. Dawkins, et al.**

565 U.S. 1064, 132 S. Ct. 765, 181 L. Ed. 2d 492, 2011 U.S. LEXIS 8587.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.